**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**GREENVILLE DIVISION**

| | |
|---|---|
| **GEOR'BARRI WELLS** | **PETITIONER** |
| **v.** | **No. 4:25CV196-MPM-JMV** |
| **WARDEN BRADY SISTRUNK** | **RESPONDENT** |

**FINAL JUDGMENT**

In accordance with the memorandum opinion issued today in this cause, the State's motion to dismiss is **GRANTED**, and the instant petition for a writ of *habeas corpus* is **DISMISSED** with prejudice and without evidentiary hearing as untimely filed under 28 U.S.C. § 2244(d).

**SO ORDERED**, this, the 15th day of September, 2026.

/s/Michael P. Mills
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF MISSISSIPPI